# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-00533-RJC-DSC

| | |
|---|---|
| BARBARA GRIFFITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| BANC OF AMERICA MERCHANT ) | |
| SERVICES LLC, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on Plaintiff's "Amended Complaint" (document #17) filed April 3, 2020, as well as "Defendant's Motion to Strike and Motion to Dismiss Plaintiff's Amended Complaint" (document #18), filed April 17, 2020 and "Defendant's Consent to Plaintiff's Filing of An Amended Complaint … Plaintiff's Response to Defendant's Motion to Dismiss … and the Parties' Joint Motion to Allow Defendant an Extension … to Respond to Count III of Amended Complaint" (documents ##19 and 20) filed May 1, 2020.

Rule 15 of the Federal Rules of Civil Procedure governs amendments to pleadings. Rule 15(a)(1) grants a party the right to "amend its pleading once as a matter of course," if done within twenty-one days after serving the pleading, Fed. R. Civ. P. 15(a)(1)(A), or "if the pleading is one to which a responsive pleading is required," a party may amend once as a matter of course, provided that it does so within "21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier." Fed. R. Civ. P. 15(a)(1)(B). After twenty-one days, a plaintiff may file an amended pleading "only with the opposing party's written consent or the court's leave . . ." Fed. R. Civ. P. 15(a)(2).

Plaintiff did not file her Amended Complaint within twenty-one days of receipt of Defendant's "Motion to Dismiss" (document #8). She did not seek Defendant's consent or leave of Court prior to filing her Amended Complaint. Accordingly, the Court will <u>strike</u> the Amended Complaint.

**IT IS HEREBY ORDERED** that:

1. The Amended Complaint (document #17) is **STRICKEN**.

2. "Defendant's Motion to Strike and Motion to Dismiss Plaintiff's Amended Complaint" (document #18) and "Defendant's Consent to Plaintiff's Filing of An Amended Complaint … Plaintiff's Response to Defendant's Motion to Dismiss … and the Parties' Joint Motion to Allow Defendant an Extension … to Respond to Count III of Amended Complaint" (documents ##19 and 20) are **DENIED AS MOOT**.

3. The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: May 4, 2020

David S. Cayer
United States Magistrate Judge